NOVARTIS PHARMACEUTICALS CORPORATION, Plaintiff–Appellee,

v.

MYLAN PHARMACEUTICALS INC. and Mylan Inc., Defendants–Appellants.

No. 2011–1203.

United States Court of Appeals, Federal Circuit.

Dec. 6, 2011.

Larry L. Shatzer, Seth C. Silber, Wilson, Sonsini, Goodrich & Rosati, Washington, DC, Terrence J.P. Kearney, Ron E. Shulman, Richard G. Frenkel, Latham & Watkins LLP, Menlo Park, CA, Joshua Alan Chester Mack, Wilson, Sonsini, Goodrich & Rosati, San Diego, CA, for Defendants–Appellants.

Nicholas N. Kallas, Diego Scambia, Christopher Earl Loh, Fitzpatrick, Cella, Harper & Scinto, New York, NY, for Plaintiff–Appellee.

## ON MOTION

### ORDER

Mylan Pharmaceuticals Inc. and Mylan Inc. move to dismiss their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.